1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

8
9
10
11
12
13
14
15

TIMOTHY G. LANG,

      Plaintiff,

      v.

CITY OF SPOKANE VALLEY,
LYLE JOHNSON, LYDIG
CONSTRUCTION, INC. and
HUGH V. MULLANE,

      Defendants.

NO.  CV-08-383-RHW

**ORDER GRANTING
STIPULATION FOR DISMISSAL
WITH PREJUDICE**

16
17
18
19

      Before the Court are the parties' Stipulation for Dismissal with Prejudice (ECF No. 123).  The parties stipulate that all claims against Defendants Lydig Construction, Inc. and Hugh V. Mullane be dismissed with prejudice and without attorneys' fees and costs.

20

      Accordingly, **IT IS HEREBY ORDERED:**

21
22

      1.   The parties' Stipulation for Dismissal with Prejudice (ECF No. 123) is **GRANTED**.

23
24
25
26
27
28

///
///
///
///
///
///

**ORDER GRANTING STIPULATION FOR
DISMISSAL WITH PREJUDICE ~ 1**

2.    The claims against Defendants Lydig Construction, Inc. and Hugh V. Mullane are **dismissed** with prejudice and without attorneys' fees or costs.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to counsel and **close the file**.

**DATED** this 6th day of February, 2012.


*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\aCIVIL\2008\Lang\dismiss2.wpd

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE ~ 2**